IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00246-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| BENJAMIN MICHAEL LINEBERGER | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by the defendant on August 20, 2020 to a violation of 18 U.S.C. § 2252(a)(4)(B), and all other evidence of record, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 2253, to wit:

- Apple iPad mini 5, model 11.2, bearing serial number J211AP, seized from defendant on November 19, 2019, and

- Wiko Android Cell Phone, Model W-U300, IMEI 35279810116716;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, Benjamin Michael Lineberger, and all other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed

1

by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order will be final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 11 day of January, 2021.

                                                      JAMES C. DEVER III
                                                     United States District Judge