UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-246-1D(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CONSENT ORDER FOR |
| ) | RESTITUTION |
| BENJAMIN MICHAEL LINEBERGER ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259(b)(3) and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes (total) in restitution, which shall be due and payable immediately as follows: $3,000 to "Violet" of the At School series; $3,000 to "Alice" of the At_Dawn series; $3,000 to "Fiona" of the BluesPink1 series; $3,000 to "Sierra" of the Jan_Socks series; $3,000 to "Savannah" of the Jan_Socks series; $3,000 to "Jenny" of the Jenny series; $3,000 to "Maureen" of the Lighthouse1 series; $3,000 to "Sarah" of the Marineland1 series; $3,000 to "Mya" of the Sweet Pink Sugar series; $3,000 to "Pia" of the Sweet White Sugar series; $3,000 to "Lily" of the Vicky series, all more fully identified in the discovery. Finally, Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by

law.

The Court finds that Defendant's agreements, including the amount of restitution and the joint and several liability, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $33,000 in restitution to the eleven identified victims in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __15__ day of January, 2021.

_____
JAMES C. DEVER III
United States District Judge

AGREED AND CONSENTED TO BY:

_____          1/15/21
RICHARD CROUTHARMEL              Date
Counsel for Defendant

_____          1/15/21
BENJAMIN MICHAEL LINEBERGER      Date
Defendant

ROBERT J. HIGDON, JR.
United States Attorney

_____          1/15/21
CHARITY L. WILSON                Date
Assistant United States Attorney
Counsel for the United States

2